11 CR 107 (DLI)

Received in Chambers of:
U.S. District Judge
DORA L. IRIZARRY
JAN 13 2012

1-9-12

Attention!

The Honorable Judge Dora L. Irizarry

Good Morning/Afternoon Judge

My name is Naquana Britton and I'm expressing my thoughts to you on behalf of Mr. Ivan Boston.

Mr. Boston and myself have known and been in a relationship for 4 years now, and despite the situation he is a good person. I have a 15yr old son and my son looks up to Mr. Boston as a father and we both would be very grateful if you please let him come home as soon as possible.

Within these four years our son has done much better in school and stopped hanging with the wrong crowd.

As for myself Mr. Boston encourages me to always do better and every thing I do

he shows me alot of support.

Truth betold the night he got arrested he was on his way home to us. He's been living with me for about three years.

I ask with all sincerity that you take into consideration the time you give him is the longer he will be away from his family and Honestly that scares me because as I stated he's the father my son doesn't have. And now a days all children need a father whether or not the child is they'res.

Not to mention he's not a threat to society or anyone for that matter. Mr. Boston has a very good head on his shoulder's and for whatever reason things went wrong that night.

Please your Honor, Please don't give Mr. Boston more time away from Our family than we've Already Lost.

Thank you
Respectfully
NAQUANA, Britton

NAQUANA Britton
553 Hinsdale St
Apt D5
Brklyn NY 11207

TRIBORO NY 112
BKLYN-QNS-STATEN ISL
11 JAN 2012 PM 6 T

Attention: The Honorable Judge
Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn NY 11201